JS-6

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA, CSB 274184
Assistant United States Attorney
Asset Forfeiture Section
 Federal Courthouse, 14th Floor
 312 North Spring Street
 Los Angeles, California 90012
 Telephone: (213) 894-3391
 Facsimile: (213) 894-7177
 E-mail: john.kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 12-02859-CBM (FFMx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $92,332.37 IN U.S. CURRENCY SEIZED FROM ACCOUNT ***2582 AT WELLS FARGO BANK, | |
| Defendant. | |
| KYUNG KIM (DBA SMILE LINGERIE, INC.), | |
| Claimant. | |

This action was filed on July 11, 2012. Notice was given and published in accordance with law. Claimant, Kyung Kim, dba Smile Lingerie, Inc. ("Claimant"), the individual from whose corporate bank account defendant $92,332.37 in U.S. Currency ("Defendant Funds") was seized, filed a timely claim for return of the Defendant Funds. No other claims were filed, and the time for filing claims has expired.

Plaintiff and Claimant have reached an agreement that is dispositive of the entire action, and have stipulated and requested that judgment be entered on the following terms.

Good cause appearing, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction over Plaintiff, the Defendant Funds, Claimant and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the Defendant Funds other than Kyung Kim, dba Smile Lingerie, Inc., are deemed to have admitted the allegations of the Complaint. The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3. The Department of the Treasury shall calculate the amount of interest (actual or constructive) earned on the Defendant Funds through the date of disbursement pursuant to this Consent Judgment. The United States of America shall have judgment as to $50,782.80 of Defendant Funds plus any interest earned thereon. No other person or entity shall have any right, title or interest in the funds awarded to the United States.

1  The Department of Treasury is ordered to dispose of said assets
2  in accordance with law.
3      4.   The remainder of the Defendant Funds (*i.e.*,
4  $41,549.57) plus any interest earned thereon shall be paid to
5  Claimant promptly after entry of this judgment. Claimant and
6  Claimant's counsel shall provide, in writing, the information
7  necessary for the government to make the payment called for
8  herein by electronic funds or wire transfer in accordance with
9  federal law.
10     5.   The United States of America, its agencies, agents,
11 and officers, including employees and agents of the Internal
12 Revenue Service and local or state law enforcement officers
13 cross-designated as agents of the United States, are released
14 from any and all claims, actions or liabilities arising out of
15 or related to this action, including, without limitation, any
16 claim for attorney's fees, costs or interest that may be
17 asserted on behalf of Claimant, whether pursuant to 28 U.S.C. §
18 2465 or otherwise.
19 //
20 //

6. The Court finds that there was reasonable cause for the seizure of the defendant funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: 9/28, 2012

THE HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JOHN J. KUCERA
Assistant United States Attorney